**FILED**

09/20/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0237

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 21-0237

PHILIP R. WIRTH,

      Appellant,

    v.

LEWIS & CLARK COUNTY AND
BRIDGE CREEK ESTATES
HOMEOWNERS ASSOCIATION,

      Appellees.

**GRANT OF EXTENSION**

Appellee Lewis & Clark County has requested a 30-day extension from September 27, 2021, up to and including October 27, 2021, to file its Response Brief in this matter. Good cause appearing therefore,

IT IS HEREBY ORDERED that Appellee Lewis & Clark County shall have until and including October 27, 2021, within which to file its Response Brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 20 2021